RECEIVED BY MAIL
SEP 23 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTREN DISTRICT OF MISSOURI

MATTHEW T. ESTES, ETAL,

V.

MISSOURI COURT OF APPEALS, ETAL,

ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUCTION AN TEMPORARY RESTRAINING ORDER,

CASE NO#1-24-cv-00120-CDP

UPON THE COMPLAINTS, THE SUPPORTING AFFIDAVITS OF THE PLAINTIFFS PETITION, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITHIN, IT IS: ORDERED THAT DEFENDANT(S). JUSTIN ARENTSEN, WILLIAM R. BUTLER, LESLIE N. HAZEL, CHRISTOPHER G. JANVIER, CHRISTIAN LEHMBERY, JEDD C. SCHNEIDER, MARY P. TUCKA, PETER B. WEINMANN, LAURA E. ELSBURY, JAMES M. SMITH, ERIC S. SCHMITT, KAREN L. KRAMER, ROBERT N. MAYER, JOHN C. SPILEMAN, JOE Z. SATTERFIELD, PAULA S. GARGUS, JEFFREY D. McCORMICK, NICHOLAS D. JAIN, TIM TROWBRIDGE, JOHN HIGGINS, CHRIS FAULKNER, BRANDON MOORE, BOB HOLDER, ARRON WAYNICK,
I MATTHEW T. ESTES, ASKING THIS COURT TO GRANT THIS MOTION OF A PRELIMINARY INJUCTION, AN FOR IT SHOW CAUSE IN THIS COURT THE 8th CIRCUIT U.S. COURT, FOR THE EASTREN DISTRICT OF MISSOURI TO WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE PURSUANT TO RULE 65 (a) OF THE FEDERAL RULES OF CIVIL PROCEDURE ENJOINING THE DEFENDANTS THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES AND ALL OTHER PERSON(S) ACTING IN CONCERT AND PARTICIPATION WITH THEM, FROM NOT PRACTICING LAW, WITHIN THE STATE OF MISSOURI OR ANY OTHER STATE OF THIS NATION, ANY DUTIES OR TASK(S), PERMITTED WITH THE COURTS OF MISSOURI SHOULD BE SUSPENDED DO TO THE CLAIMS MENTIONED IN THE PETITION FILED BY THE PLAINTIFF, MATTHEW T. ESTES, AGAINST THE DEFENDANTS BECAUSE THE CLAIMS COVER A VARIETY OF VIOLATIO PURPOSELY COMMITTED BY THE DEFENDANTS AND THAT IT SHOWS AN OVERWHELMING AMOUNT OF MISCARRIAGE OF JUSTICE DONE BY THE DEFENDANTS AND THAT THEIR DUTIES SHOULD BE SUSPENDED...
IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW CAUSE, THE DEFENDANT(S). JUSTIN ARENTSEN, WILLIAM R. BUTLER, LESLIE N. HAZEL, CHRISTOPHER G. JANVIER, CHRISTIAN LEHMBERY, JEDD C. SCHNEIDER, MARY P. TUCKA, PETER B. WEINMANN, LAURA E. ELSBURY, JAMES M. SMITH, ERIC S. SCHMITT, KAREN L. KRAMER, ROBERT N. MAYER, JOHN C. SPILEMAN, JOE Z. SATTERFIELD, PAULA S. GARGUS, JEFFREY D. McCORMICK, NICHOLAS D. JAIN, TIM TROWBRIDGE, JOHN HIGGINS, CHRIS FAULKNER, BRANDON MOORE, BOB HOLDER, ARRON WAYNICK, : AND EACH OF THEIR OFFICERS, AGENTS, EMPLOYEES, AND ALL PERSONS ACTING IN CONCERT OR PARTICIPATION WITH THEM ARE RESTRAINED FROM PRACTICING LAW IN THE STATE MISSOURI, OR ANY OTHER STATE IN THIS NATION, AND JUDICIAL OFFICES, OR COURTS IN THIS STATE MISSOURI, OR ANY OTHER STATE IN THIS NATION, AND RESTRAINED FROM PERFORMING ANY DUTY OR TASK WITH ANY JUDICIAL OFFICES, OR COURTS IN THIS STATE MISSOURI OR ANY OTHER STATE OF THIS NATION, IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE....

(1)

AND ALL OTHER DOCUMENT THATS ATTACHED TO THE PLAINTIFF(S) PETITION CASE NO#1-24-cv-00120-CDP,AN BE SERVED ON THE AFORESAID PLAINTIFF BY A TIMELY DATE,ORDERED BY THIS COURT....

X_____

UNITED STATES DISTRICT JUDGE

DATE,_____,

- Correspondence -      Sept 18th 2024

To the Assigned Sr. District Judge:
Catherine D. Perry On Behalf of Case NO: 1:24-cv-00120-CDP On Plaintiff "Matthew T. Estes writing this Correspondence, I matthew" recently requested an update on the foresaid Case NO: and noticed that a listed Defendant is still labeled wrong, On 7-15-24 I noticed were the Amend/correct was filed for this foresaid issue I matthew T Estes concerned and I the Plaintiff wish not to held liable for this Error and Only writing this correspondence to show concern, I ask this Honorable Court to accept this Correspondence and for this Court to also stay in Correspondence with I the Plaintiff Matthew T. Estes located in a Prison Known as E.R.D.C.C, An getting/Receiving Mail in A Timely Manner Sometimes is not Done Properly here in this Prison, I ask that this Court take's "note" on this and that the Foresaid Issue may not effect or Default any matter's that's Presented in future Court Hearing's, I will always Correspond with the Court's On Behalf of this Case NO: 1:24-cv-00120-CDP.....

                Sincerely Matthew T. Estes

(1.)

ites 1148408 3-A-117

MO, 63628

RECEIVED
BY MAIL
SEP 23 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU



U.S. District Court SouthEastern
Division of missouri Clerk
555 INDendence Street
Cape Girardeau, MO 63703