# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  24-2942
_____

Matthew T. Estes

Plaintiff - Appellant

v.

Missouri Court of Appeals, Southern District; Eric Stephen Schmitt; Karen L. Kramer; Robert N. Mayor; John C. Spielman; Joe Satterfield; Paula S. Gargus; Jeffrey D. McCormick; Nicholas D. Jain; Dunklin County 35th Judicial Circuit; Kennett Police Department; Tim Trowbridge; Johnny Higgins; Chris Faulkner; Brandon Moore; Dunklin County Sheriff's Department; Bob Holder; Aaron Waynick; Other Individuals Responsible

Defendants - Appellees
_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
 (1:24-cv-00120-CDP)
_____

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

      The motion for leave to proceed on appeal in forma pauperis has been considered and is granted. The full $605 appellate and docketing fees are assessed against the appellant. Appellant will be permitted to pay the fee by installment method contained in 28 U.S.C. sec. 1915(b)(2). The court remands the calculation of the installments and the collection of the fees to the district court.

      Appellant's motion to dismiss the appeal without prejudice is granted. The appeal is hereby dismissed without prejudice in accordance with the Federal Rules of Appellate Procedure 42(b).

      The Court's mandate shall issue forthwith.

December 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik